UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kelly Toys Holdings, LLC,

              Plaintiff,

    –v–

Alialialill Store *et al.*,

             Defendants.

21-CV-8434 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court issued a preliminary injunction order against all Defendants dated November 12, 2021. Dkt. No. 10. According to that order, Plaintiff was to serve the order to Defendants. Plaintiff shall file proof of service on the public docket within one week of this order.

    Furthermore, Plaintiff filed this action on October 6, 2021, and the Court conducted a hearing by telephone on November 12, 2021, of which Defendants received prior notice. To date, no Defendant has filed a notice of appearance or made any other attempt to participate in this litigation. Within two weeks of this order, Plaintiff shall seek a certificate of default and move for default judgment against Defendants or file a status update with the Court explaining why a motion for default judgment against Defendants should not be filed at this time.

    Plaintiff is on notice that failure to timely comply with this Court's Order may result in his claims being dismissed with prejudice for failure to prosecute. *See United States ex rel. Drake v. Norden Systems*, 375 F.3d 248, 250 (2d Cir. 2004) (noting "a district judge's authority to dismiss actions based on a plaintiff's failure to prosecute"). Additionally, Plaintiff must serve this order on all Defendants and file affidavits of service on ECF by March 2, 2022.

    SO ORDERED.

Dated: February 25, 2022
      New York, New York

_____
ALISON J. NATHAN
United States District Judge