Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:     (212) 292-5390
Facsimile:      (212) 292-5391
*Attorneys for Plaintiff*
*Kelly Toys Holdings, LLC*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br>*Plaintiff*<br><br>v.<br><br>ALIALIALILL STORE, *et al.*,<br>*Defendants* | CIVIL ACTION No.<br>21-cv-8434 (AJN) |

### NOTICE OF VOLUNTARY DISMISSAL

PURSUANT TO Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Kelly Toys Holdings, LLC ("Kelly Toys" or "Plaintiff"), by its undersigned attorneys, hereby gives notice of dismissal of all claims against Defendant Dongguan Shengen Hardware Plastic Co., Ltd in the above-captioned action, with prejudice, and with each party to bear its own attorneys' fees, costs and expenses.

Dated: May 23, 2023               Respectfully submitted,

                                      **EPSTEIN DRANGEL LLP**

                     BY:  /s/ Danielle S. Futterman  
                           Danielle S. Futterman (DY 4228)  
                           dfutterman@ipcounselors.com  
                           EPSTEIN DRANGEL LLP  
                           60 East 42nd Street, Suite 1250  
                           New York, NY 10165  
                           Telephone:    (212) 292-5390  
                           Facsimile:     (212) 292-5391  
                           *Attorneys for Plaintiff*  
                           *Kelly Toys Holdings, LLC*

**It is so ORDERED.**

Signed at New York, NY on_____  ___, 2023.

                                      _____  
                                       Judge Alison J. Nathan  
                                       United States District Judge