

**EPSTEIN DRANGEL LLP**
60 East 42nd Street, Suite 1250, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

December 27, 2023

<u>VIA ECF</u>
Hon. Alvin K. Hellerstein
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**    *Kelly Toys Holdings, LLC v. alialialiLL Store, et al.*
             **Civil Case No. 21-cv-8434 (AKH)**
             <u>**Letter Regarding Supplemental Authority**</u>

Dear Judge Hellerstein,

      We represent Plaintiff Kelly Toys Holdings, LLC ("Plaintiff") in the above-referenced action (the "Action").[1] On July 31, 2023, Plaintiff filed its First Amended Complaint. (Dkt. 81). On September 29, 2023, the Alibaba Defendants filed a motion to dismiss Plaintiff's First Amended Complaint. (Dkts. 91-92). On October 27, 2023, Plaintiff filed an opposition to the Alibaba Defendants' motion to dismiss. (Dkt. 93). On November 13, 2023, the Alibaba Defendants filed a reply to Plaintiff's opposition. (Dkt. 94).

      Plaintiff respectfully submits the instant letter to bring to the Court's attention an order issued earlier today by the Honorable Jesse M. Furman in *Kelly Toys Holdings, LLC v. 19885566 Store et al.*, Case No. 22-cv-9384, denying the Alibaba Defendants' motion to dismiss. A copy of Judge Furman's order (Dkt. 131) is enclosed herewith.

      We thank the Court for its time and consideration.

                        Respectfully submitted,

                        **EPSTEIN DRANGEL LLP**

                        BY: <u>/s/ Gabriela N. Nastasi</u>
                        Gabriela N. Nastasi
                        gnastasi@ipcounselors.com
                        60 East 42nd Street, Suite 1250

---

[1] Where a defined term is referenced herein but not defined, it should be understood as it is defined in the Glossary in Plaintiff's First Amended Complaint. (Dkt. 81).

Hon. Alvin K. Hellerstein
December 27, 2023
Page 2

New York, New York 10165
(212) 292-5390
*Attorneys for Plaintiff*

