UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
KELLY TOYS HOLDINGS, LLC,                :
                                         :
                                         :     **SCHEDULING ORDER**
                            Plaintiff,   :
                                         :     21 Civ. 8434 (AKH)
        -against-                        :
                                         :
ALIALIALILL STORE, et al.,         ,     : :
                          Defendants.    :
                                         :
                                         :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

The parties are hereby ordered to appear for a status conference on May 2, 2025, at 10:00 a.m., which will be held via the following call-in number:

**Call-in number: 888-363-4749**

**Access code: 7518680**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **10 minutes** prior to the start of the conference.

Finally, no later than April 21, 2025 at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

SO ORDERED.

Dated:   July 18, 2024
         New York, New York

                                     _____//S//_____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge