

# UNITED STATES DISTRICT COURT
# SOUTHEN DISTRICT OF NEW YORK

KELLY TOYS HOLDINGS, LLC.,

           Plaintiff,

        v.

ALIALIALILL STORE ET AL.,

           Defendants.

Case No. 1:21-cv-08434-AKH-RWL

**Order on Extension of Time to Amend Answer**

Honorable Alvin K. Hellerstein

For good reason shown and upon the consent of the parties, IT IS ORDERED THAT the Civil Case Management Plan in this action is hereby revised in its Section B.3. to provide that the time within which an amended Answer may be filed without leave of the Court is extended from August 2, 2024 to August 16, 2024. In all other respects the Civil Case Management Plan remains unchanged.

SO ORDERED.

Dated: __8 /6 /__, 2024
       New York, New York

_____
Alvin K. Hellerstein
United States District Judge

1