UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                :

KING SPIDER LLC.,                       :

                Plaintiff,                 :        23-CV-3472 (JMF)

       -v-                         :
                                     :          ORDER
884886 CH STORE et al.,              :

                Defendants.         :
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the new fact discovery deadline, *see* ECF No. 220, the pretrial conference currently scheduled for April 8, 2025, is hereby ADJOURNED to **June 25, 2025**, at **9:00 a.m.** The Court will hold one pretrial conference on that day for cases 21-CV-8434, 22-CV-9384, and 23-CV-3472.

      SO ORDERED.

Dated: March 31, 2025
       New York, New York

                                                      JESSE M. FURMAN
                                              United States District Judge