UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) No. 21-cv-8434 (JMF) ) |
| | ) **AFFIDAVIT OF MARTIN CALHOUN** |
| ALIALIALILL STORE, *et al.*, | ) ) |
| Defendants | ) ) |

I, Martin Calhoun, being first duly sworn, state as follows:

1. I am over the age of 18 and am competent to make the statements set forth herein.

2. I am an attorney employed by Balance Law Firm. I submit this affidavit in support of my Motion for Admission Pro Hac Vice.

3. I am in good standing of the bars of the District of Columbia and the State of Maryland (see the accompanying certificates of good standing), and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Martin Calhoun

Signed and sworn to me before me
on this 15th day of April, 2025

*Vera Andreeva-Stantchev*

VERA ANDREEVA-STANTCHEV
NOTARY PUBLIC
MONTGOMERY COUNTY, MARYLAND
My Commission Expires June 08, 2025