UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 21-cv-8434 (JMF) |
| ALIALIALILL STORE, *et al.*, | ) **[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |
| Defendants | ) |

The motion of Martin C. Calhoun for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of Maryland and that his contact information is as follows:

Martin Calhoun
Balance Law Firm
One World Trade Center, Suite 8500
New York, NY  10007
(212) 741-8080
martin.calhoun@balancelawfirm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Alibaba.com Singapore E-Commerce Pte. Ltd. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____         _____
                                Jesse M. Furman
                                United States District Judge