UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KELLY TOYS HOLDINGS, LLC,<br><br>                              Plaintiff,<br><br>        -against-<br><br>ALIALIALILL STORE, et al.,<br><br>                              Defendant. | Civil No. 21-cv-8434 (AKH)<br><br>**[PROPOSED] ORDER FOR ADMISSION PRO HAC VICE** |

The motion of Haolu Feng for admission to practice Pro Hac Vice in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bar of the District of Columbia and that his contact information is as follows:

> Haolu Feng
> King & Wood Mallesons
> 17th Floor, One ICC, Shanghai ICC
> 999 Middle Huai Hai Road, Xuhui District
> Shanghai 200031 China
> Tel.: +86 21 2352 6585
> harry.feng@cn.kwm.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendants Alibaba.com Singapore E-Commerce Pte. Ltd. in the above-captioned action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____                    _____

                                                               Jesse M. Furman
                                                               United States District Judge