**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

KELLY TOYS HOLDINGS, LLC,

Plaintiff,

-against-

ALIALIALILL STORE, et al.,

Defendant.

Civil No. 1:21-cv-08434-JMF-RWL

**MOTION FOR ADMISSION PRO HAC VICE**

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Haolu Feng, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Alibaba.com Singapore E-Commerce Pte. Ltd. in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Date: April 28, 2025

Respectfully Submitted,

/s/ Haolu Feng

Haolu Feng

King & Wood Mallesons
17th Floor, One ICC, Shanghai ICC
999 Middle Huai Hai Road, Xuhui District
Shanghai 200031 China
Tel.: +86 21 2352 6585
harry.feng@cn.kwm.com

*Attorneys for Defendant Alibaba.com Singapore E-Commerce Pte. Ltd.*