UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
KELLY TOYS HOLDINGS, LLC,                                          :
:
                Plaintiff,                                 :
   -v-                                                          :      21-CV-8434 (JMF),
                                                            :      22-CV-9384 (JMF),
ALIALIALILL STORE et al.,                                          :      23-CV-3472 (JMF)
:
                Defendants.                                :           ORDER
:
KELLY TOYS HOLDINGS, LLC,                                          :
:
                Plaintiff,                                 :
   -v-                                                          :
:
19885566 STORE et al.,                                             :
:
                Defendants.                                :
:
KING SPIDER, LLC,                                                  :
:
                Plaintiff,                                 :
   -v-                                                          :
:
884886 CH STORE et al.,                                            :
:
                Defendants.                                :
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Given that Plaintiffs have reached a settlement in principle with the only appearing Defendants in these actions — and settlement negotiations are ongoing — the pretrial conference initially scheduled for June 25, 2025, is hereby ADJOURNED *sine die*.

      SO ORDERED.

Dated: June 20, 2025
       New York, New York
                                                   JESSE M. FURMAN
                                           United States District Judge