UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
KELLY TOYS HOLDINGS, LLC,                                         :
:
Plaintiff,                                     :
:   21-CV-8434 (JMF)
-v-                                                  :
:   ORDER
:
ALIALIALILL STORE et al.,                                         :
:
Defendants.                                    :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       This action was dismissed as to the Alibaba Defendants on May 20, 2025. *See* ECF No. 143. Unless the Court is mistaken, the Alibaba Defendants were the only remaining Defendants remaining in the case. Accordingly, the Clerk of Court is directed to close this case.

       If Plaintiff believes that the Court is mistaken — and that there are non-settling Defendants that remain in this action — it should file a request to reopen by the current deadline to reopen as to the Alibaba Defendants, namely **August 18, 2025**.

       The Clerk of Court is directed to close the case.

       SO ORDERED.

Dated: August 4, 2025
       New York, New York

_____
JESSE M. FURMAN
United States District Judge